ORIGINAL

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF HAWAII

802860

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| | A1177851    H10 | 08/22/2003 |
| JACKSON, ALVONA S 58TH MP CO 25TH MP BN/ 4631-C HANDRICH WAHIAWA, HI 96786 *Defendant.* | RECKLESS DRIVING CR 03-00499 ~ MANDATORY COURT APPEARANCE | |

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII MAY 02 2008 at ___ o'clock and ___ min ___ M. SUE BEITIA, CLERK

**BAIL SET AT $100 UNSECURED BOND**

WALTER A.Y.H. CHINN, CLERK
BY _____, DEPUTY

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

2003 OCT 16 PM 1:54  RECEIVED  U.S. MARSHAL'S SERVICE HONOLULU, HI

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

Collateral in the Amount of $ __0.00__ may be Forfeited in Lieu of Appearance.

MANDATORY COURT APPEARANCE REQUIRED - ANSWER TO AN INFORMATION

Date **10/14/2003** _____

_____
*United States Magistrate Judge*
/S/ LESLIE E. KOBAYASHI

## RETURN

| RECEIVED | DATE | LOCATION |
|---|---|---|
| | | |

*EXECUTED BY ARREST OF THE ABOVE –NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| | | |

DISMISSED
Date: APR 3 0 2008

Name _____  Title _____  District _____
Date _____  Signature _____

# United States District Court
## Violation Notice

| Loc Code | Violation No | Print Officer Name |
|---|---|---|
| H-10 | A1177851 | STONE, GAETH |
| | | Officer No: S-8941 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged |
|---|---|
| 03 AUG 22 / 1600 | HRS 291-2 |

**Place of Offense:** HANDRICH & TRIMBLE

**Offense Description:** RECKLESS DRIVING

CR03 00499

OCT 14 2003
NW

---

| Defendant's Last Name | First Name | MI |
|---|---|---|
| JACKSON | ALVONA | S |

**Street Address:** 58TH MP CO 25TH MP BN (4631-C Handrich St.)

| City | State | D.L. State | Driver's License No | Social Security No | Date of Birth |
|---|---|---|---|---|---|
| WAHIAWA (SB) | HI | KENTUCKY | J00-497976 | 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 | 29/06/03 |

**VEHICLE DESCRIPTION**

| Vehicle Tag No | Vehicle Tag State | Year | Vehicle Make | Vehicle Color |
|---|---|---|---|---|
| JSG 541 | HI | 2000 | OLDS ALERO | BURGUNDY |

**YOUR COURT DATE**

| Court Address | Date | Time |
|---|---|---|
| TBA | TBA | TBA |

A ☐ YOU MUST APPEAR IN COURT  SEE INSTRUCTIONS
B ☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS  SEE INSTRUCTIONS
  ___ I wish to terminate this matter by paying the collateral shown below, enclosed
  ___ I plead not guilty and promise to appear as required

**Collateral (fine):** TBA

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998    Original CVB Copy    Previous edition is obsolete
(Accountable upon issuance to the offender and until passed to the Appropriate Central Violations Bureau (Magistrate Court))

A1177851

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 AUG, 2003 while exercising my duties as a law enforcement officer in the District of HAWAII

ALVONA S. JACKSON WAS EDDY TWO EYE WITNESSES AS THE DRIVER OF A BURGUNDY IN COLOR 2000 ALERO 2DR HER JSG541 THAT WAS SEEN DRIVING ON HANDRICH ST. WHEN THE VEH. JUMPED THE CURB, RAN OVER A VOLLEY BALL NET AND TRIED TO STRIKE HER SPOUSE. HER VEH. JUMP UP ON THE HOOD OF THE VEH TO AVOID INJURIES

The foregoing statement is based upon
☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 22 AUG 03    _____
                Date         Officer's Signature

Probable cause has been stated for the issuance of a warrant

Executed on _____    _____
              Date           U.S. Magistrate Judge

DD FORM 1805 (BACK), SEP 1998